IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LUCIENNA GELINAS and GINA LEONE,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC, LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, L.P. and SHERMAN FINANCIAL GROUP,

    Defendant.

**NOTICE OF REMOVAL (FEDERAL QUESTION)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant Financial Recovery Services, Inc. ("Defendant") hereby gives notice of removal of this cause of action, from the Supreme Court of the State of New York, County of Erie ("State Court Action") to the United States District Court for the Western District of New York. In support of removal, Defendant, by and through its attorneys, states as follows:

    1.    On October 14, 2013, Defendant received a copy of the State Court Action and subsequently returned a Statement of Service by Mail. The matter was venued in the Supreme Court of the State of New York, County of Erie. A copy of the Summons and Complaint, in addition to the signed Statement of Service by Mail are attached hereto and marked as Exhibit "A".

Gelinas v. Financial Recovery Services, et. al.
Notice of Removal

1