UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Lucienna Gelinas and Gina Leone,

        Plaintiffs,                     Civil Action No.: 1:13-cv-01105 (JTC)

    v.

Financial Recovery Services, Inc. and     Stipulation of Discontinuance
Resurgent Capital Services, L.P.,        with Prejudice

        Defendants.
_____

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued on the merits and with prejudice, without attorney's fees or costs to either party as against each other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Getzville, New York
      April 23, 2014

s/ Cyrus B. Chubineh                          s/ Paul F. Labaki
Cyrus B. Chubineh, Esq.                       David Peltan, Esq.
Law Office of Cyrus B. Chubineh           Paul F. Labaki, Esq.
Attorney for Plaintiffs                           Peltan Law, PLLC
2655 Millersport Hwy. #714                Attorneys for Defendants
Getzville, NY 14068                             128 Church Street
Tel: (716) 864-0715                             East Aurora, NY 14052
chubineh@yahoo.com                       Tel: (716) 374-5431
                                            davidpeltan@peltanlaw.com
                                            paullabaki@peltanlaw.com